**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**E.O. Wood Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **75-1776339** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1848 Mony Street**<br>**Fort Worth, TX**<br>ZIP CODE  **76102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 7416**<br>**Fort Worth, TX**<br>ZIP CODE  **76111** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.7.4, ID 1905709856)*

**B1 (Official Form 1) (04/13)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **E.O. Wood Co., Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                  Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.7.4, ID 1905709856)*

B1 (Official Form 1) (04/13)                                Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **E.O. Wood Co., Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**_____<br><br>**X**_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X**_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Behrooz P. Vida<br>**Behrooz P. Vida**     Bar No. **20578040**<br><br>**The Vida Law Firm, PLLC**<br>**3000 Central Drive**<br>**Bedford, TX 76021**<br><br>Phone No. **(817) 358-9977**    Fax No. **(817) 358-9988**<br><br>**7/15/2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X**_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**E.O. Wood Co., Inc.**<br><br>**X** /s/ Merry U. Kaastad<br>Signature of Authorized Individual<br><br>**Merry U. Kaastad**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**7/15/2015**<br>Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.7.4, ID 1905709856)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **E.O. Wood Co., Inc.**                                              CASE NO

                                                                              CHAPTER    **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is      **75-1776339**                                      .

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____.

    a. Total Assets

    b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |
| *Comments, if any* | | |

4. Brief description of debtor's business:
    *Supplier & Fabrication of Insulation products*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **E.O. Wood Co., Inc.**                                                         CASE NO

                                                                                                       CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, **Merry U. Kaastad**, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **7/15/2015**                          Signature: **/s/ Merry U. Kaastad**
                                                             *Merry U. Kaastad*
                                                             **President**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **E.O. Wood Co., Inc.**                              CASE NO

                                                              CHAPTER   **11**

# DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

|  |  |
|---|---|
| **Amount paid:** | $10,000.00 |
| **Amount to be paid through the plan:** | $0.00 |
| **Amount to be paid outside the plan:** | |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

   *I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

   *I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services: (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

   *I have not agreed to share this compensation with any person other than members of the firm.*

Date  7/15/2015

  /s/ Behrooz P. Vida
***Behrooz P. Vida***                              Bar No.  **20578040**
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021
Phone: (817) 358-9977 / Fax: (817) 358-9988

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **E.O. Wood Co., Inc.**                              Case No.

                                                              Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Johns Manville Int'l., Inc.<br>PO Box 730787<br>Dallas, Texas  75373 | | Unknown, estranged wife's debt | | **$133,157.70** |
| RPR<br>PO Box 925927<br>Houston, Texas  77292 | | Vendor | | **$30,272.71** |
| Konica Minolta Business Solutions<br>Dept. 2366<br>PO Box 122366<br>Dallas, Texas  75265 | | Vendor | | **$27,864.07** |
| American Express<br>PO Box 650448<br>Dallas, Texas  75265 | | Credit Account | | **$27,864.07** |
| Wes Adhesives<br>PO Box 1368<br>Roanoke, Texas  76262 | | Vendor | | **$24,635.84** |
| Rock Wool Mfg., Co.<br>PO Box 506<br>Leeds, ALA 35094 | | Vendor | | **$14,528.75** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **E.O. Wood Co., Inc.**                              Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Fibrex<br>1220 NW Murphy Blvd.<br>Joplin, MO  64801 | | Vendor | | **$14,301.58** |
| Owens Corning Sales, LLC<br>PO Box 845229<br>Dallas, Texas  75284 | | Vendor | | **$13,771.03** |
| Armacell LLC<br>PO Box 751868<br>Charlotte, NC  28275 | | Vendor | | **$10,229.67** |
| Avery Dennison<br>96989 Collection Center Dr.<br>Chicago, IL  60693 | | Vendor | | **$7,198.56** |
| Roxul, Inc.<br>8024 Esqreesing Line<br>Mitlon, ON L9t 6W3 Canada | | Vendor | | **$7,168.56** |
| Distrubtion International<br>PO Box 972531<br>Dallas, Texas  75397 | | Vendor | | **$4,766.36** |
| Film-Pak, Inc.<br>PO Box 380<br>Crowley, Texas  76036 | | Vendor | | **$3,783.85** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **E.O. Wood Co., Inc.**                                         Case No.

                                                                          Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fiberweb, Inc.<br>PO Box 122386<br>Dept. 2386<br>Dallas, Texas  75312 | | Vendor | | $3,524.64 |
| Ward Packaging, Inc.<br>2848 Cullen St.<br>Fort Worth, Texas  76107 | | Vendor | | $3,427.11 |
| PTF Insulation Fabricators<br>315 E. Walker St<br>Denison, Texas  75021 | | Vendor | | $2,736.28 |
| H.B. Fuller Construction Prod<br>PO Box 842401<br>Boston. MA  02284 | | Vendor | | $2,549.37 |
| Estes Express Lines<br>PO Box 25612<br>Richmond, VA  23260 | | Vendor | | $2,385.19 |
| Whitsell & Company, PC<br>1275 E. Road to Six Flags, Suite 100<br>Arlington, Texas  76011 | | Vendor | | $1,939.00 |
| Con-Way Freight, Inc.<br>PO Box 5160<br>Portland, OR  97208 | | Vendor | | $1,922.11 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **E.O. Wood Co., Inc.**                                                               Case No.

                                                                                                                  Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **7/15/2015**                              Signature: **/s/ Merry U. Kaastad**
                                                            *Merry U. Kaastad*
                                                            **President**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **E.O. Wood Co., Inc.**                                                CASE NO

                                                                                  CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/15/2015                                       Signature  /s/ Merry U. Kaastad
                                                                 *Merry U. Kaastad*
                                                                 *President*

Date _____                           Signature _____

American Express
PO Box 650448
Dallas, Texas 75265


American Fibrex
1220 NW Murphy Blvd.
Joplin, MO 64801


Armacell LLC
PO Box 751868
Charlotte, NC 28275


Avery Dennison
96989 Collection Center Dr.
Chicago, IL 60693


Birch Comm
140 Gateway Drive, Ste A
Macon, GA 31210


Central Freight Lnes, INc.
PO Box 847084
Dallas, Texas 75284


City of Fort Worth
PO Box 870
Fort Worth, Texas 76126


Con-Way Freight, Inc.
PO Box 5160
Portland, OR 97208


Consuro Managed Technology
PO Box 26794
Fort Worth, Texas 76126

Delta Industrial Supply Co., Inc.
PO Box 4248
Fort Worth, Texas 76164

Distrubtion International
PO Box 972531
Dallas, Texas 75397

Donna Webb, Asst. U.S. Attorney
801 Cherry St., Unit 4
Fort Worth, Texas 76102

Estes Express Lines
PO Box 25612
Richmond, VA 23260

Fiberweb, Inc.
PO Box 122386
Dept. 2386
Dallas, Texas 75312

Film-Pak, Inc.
PO Box 380
Crowley, Texas 76036

Gold Rush Express
PO Box 535036
Grand Prairie, Texas 75053

Great Lakes Textiles, Inc.
6810 Cochran Road
Solon, OH 44139

H.B. Fuller Construction Prod
PO Box 842401
Boston. MA 02284

Home Depot Credit Services
PO Box 183176
Columbus, OH  43218


Internal Revenue Service Center
PO Box 7346
Philadelphia, PA  19101-7346


Jeffrey L. Crouch
Culhane Meadows, PLLC
100 Crescent Court, Ste 700
Dallas, Texas  75201


Johns Manville Int'l., Inc.
PO Box 730787
Dallas, Texas  75373


K. Lawson Pedigo
Miller Keffer & Pedigo PLLC
8401 Central Expressway
Suite 630
Dallas, Texas   75225


Konica Minolta Business Solutions
Dept. 2366
PO Box 122366
Dallas, Texas  75265


Konica Minolta Equipment
21146 Network Place
Chicago, IL  60673


Konica Minolta Equipment
P. O. Box 550599
Jacksonville, FL   32255-0599


Metro-Tex Reporting, Inc.
1312 Brown Trail, Suite A
Bedford, Texas  76022

Midwest Fastners, Inc.
PO Box 635282
Cinncinnati, OH  45263


OEM Supplies
PO Box 166051
Irving, Texas  75016


Owens Corning Sales, LLC
PO Box 845229
Dallas, Texas  75284


Pamaco Insulation LLC
PO Box 150218
Dallas, Texas  75315


Pamaco Insulation, LLC
PO Box 150218
Dallas, Texas  75315


Pitney Bowes
PO Box 371887
Pittsburgh, PA  97887


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


Polyguard Products, Inc.
Box 755
Ennis, Texas  75120


Progressive
PO Box 162479
Fort Worth, Texas  76161

Proto Corp.
10500 47th Street No.
Clearwater, FL 33762

PTF Insulation Fabricators
315 E. Walker St
Denison, Texas 75021

Regal Plastics Supply Co., Inc.
9200 N. Royal Lane, Ste 120
Irving, Texas 75063

Reliant
PO Box 650475
Dallas, Texas 75265

Rock Wool Mfg., Co.
PO Box 506
Leeds, ALA 35094

Roxul, Inc.
8024 Esqreesing Line
Mitlon, ON L9t 6W3 Canada

RPR
PO Box 925927
Houston, Texas 77292

SAIA Motor Freight Line, LLC
PO Box 730532
Dallas, Texas 75373

Southeastern Freight Lines
PO Box 100104
Columbia, SC 29202

Stephen O'Rear  
The Law Office of Stephen O'Rear, P.C.  
777 Main Street, Suite 600  
Fort Worth, Texas  76102

Tarrant County Tax Collector  
100 E Weatherford St  
Fort Worth, TX 76196

Terminix  
PO Box 742592  
Cinncinnati, OH  45274

Todd Kaastad  
32 Rolling Hills Circle  
Denton, Tx.  76205

U.S. Attorney  
Northern District of Texas  
1100 Commerce Street, Room 300  
Dallas, TX  75242

U.S. Attorney D.O.J  
Maxus Tower- Tax Division  
717 N. Harwood, Ste. 400  
Dallas, TX 75201

U.S. Attorney General  
Main Justice Building, Room 5111  
10th & Constitution Av.  
N.W.  Ste. 4400  
Washington DC 20530

U.S. Trustee  
1100 Commerce Street, Room 976  
Dallas, TX  75242-1496

Uline  
PO Box 88741  
Chicago, IL  60680

Unifirst Holdings, Inc.
PO Box 7580
Haltom City, Texas  76111


United Fire Group
PO Box 3244
Cedar Rapids, IA  52406


United Parcel Service
Lockbox 577
Carol Stream, IL  60132


Ward Packaging, Inc.
2848 Cullen St.
Fort Worth, Texas  76107


Wes Adhesives
PO Box 1368
Roanoke, Texas  76262


Whitsell & Company, PC
1275 E. Road to Six Flags, Suite 100
Arlington, Texas  76011


YP
PO Box 5010
Carol Stream, IL  60197